**Order entered December 14, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00783-CV

**WILLIE E. WALLS, III, ET AL., Appellants**

**V.**

**CAPELLA PARK HOMEOWNERS' ASSOCIATION, INC., Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-14480**

## ORDER

Before the Court is appellee's December 12, 2016 unopposed second motion for an extension of time to file a brief. We **GRANT** the motion. Appellee shall file a brief by January 16, 2016. We caution appellee that further requests for extensions of time will be disfavored.

/s/     CRAIG STODDART
           JUSTICE